# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LACY GARRISON, Personal Representative of the Estate of CHAD ERIC McCOY, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>BOARD OF COUNTY COMMISSIONERS, PITTSBURG COUNTY, JEROME AMERANTO, individually and THE SHERIFF OF PITTSBURG COUNTY, in his official capacity,<br><br>Defendants. | Case No. CIV-09-441-JHP |

## JUDGMENT

Pursuant to the Order granting Defendants' Motions for Summary Judgment, the Court enters judgment for the defendants, Board of County Commissioners, Pittsburg County, Jerome Ameranto, individually and the Sheriff of Pittsburg County, in his official capacity, and against the plaintiff.

DATED this 7th day of February, 2011.

James H. Payne
United States District Judge
Eastern District of Oklahoma